# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00603-CV

### In the Interest of R. H. M., a Child

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-FM-11-004941, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant and appellee, parents to R.H.M., were divorced in December 2012. On September 23, 2014, the trial court signed a final order modifying the parent-child relationship, granting appellee the exclusive right to designate the primary residence of R.H.M, effective October 6, 2014. Appellant, who currently has the exclusive right to designate R.H.M.'s primary residence under the trial court's 2012 divorce decree, filed a notice of appeal. Appellant also filed an emergency motion to stay the September 23 order. Appellee filed a response to the emergency motion, and appellant filed a reply.

Based on the arguments presented by the parties and the record before us, we conclude that a stay is warranted pursuant to rule 24.2(a)(4) of the Texas Rules of Appellate Procedure and section 109.002(c) of the Texas Family Code. *See* Tex. R. App. P. 24.2(a)(4); *see also* Tex. Fam. Code § 109.002(c). Accordingly, in order to maintain the status quo of the

parties during the pendency of this appeal, we grant appellant's emergency motion.  We hereby stay the trial court's September 23 modification order, pending final resolution of this appeal or further order of this Court.

It is ordered October 3, 2014.

Before Chief Justice Jones, Justices Pemberton, and Field